AO 91 (Rev. 5/85) Criminal Complaint    S/A  _EIL/FBI           AUSA _  FREY N. KAPLAN

# United States District Court

FILED by
MAGISTRATE SECTION
JUN 19 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

____SOUTHERN____ DISTRICT OF ____FLORIDA____

UNITED STATES OF AMERICA

V.                                              **CRIMINAL COMPLAINT**

JAMES PETER SABATINO

CASE NUMBER: 98-4131-_Snow_

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about <u>May 4, 1998 through June 5, 1998</u>, in __Broward__ county, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense)

1). Knowingly and willfully make threats against the President of the United States; and
2). Transmit in interstate or foreign commerce communications containing threats to injure the person of another

in violation of Title __18__ United States Code, Section(s) __871 and 875(c)__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
                                Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

_Charles W. O'Neal_
Signature of Complainant
Charles O'Neal, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,

June 19, 1998                                   at  Ft. Lauderdale, Florida
Date                                                City and State

UNITED STATES MAGISTRATE JUDGE                  _Lurana S. Snow_
Name and Title of Judicial Officer              Signature of Judicial Officer

## AFFIDAVIT

1. I, Charles O'Neal, am a Special Agent for the Federal Bureau of Investigation and have been so employed for the past 1 ½ years. I am currently assigned to a Violent Crime/Major Offenders Squad, and my duties include investigating threats and assaults of all federal officials. Since May 1998, I, along with an agent of the United States Secret Service have been investigating threats made against the President of the United States, a federal district court judge, a United States Magistrate, two assistant United States attorneys and others by JAMES PETER SABATINO, and I am familiar with the facts set forth in this affidavit.

2. On May 4, 1998, JAMES SABATINO called the Federal Bureau of Investigation office in Miami, Florida and spoke with an employee of the FBI and stated that he was going to kill Jeffrey Kay, who is an Assistant United States Attorney in Fort Lauderdale, Florida. SABATINO refused to provide any background information with the exception of his name and date of birth. Shortly thereafter, SABATINO called again and spoke with the same employee of the FBI and stated he would kill Paul Schwartz, who is also an Assistant United States Attorney in Fort Lauderdale, Florida. SABATINO also said that if he could not locate Jeffrey Kay or Paul Schwartz he would blow up the Federal Court House in Fort Lauderdale, Florida.

3. On May 11, 1998, at approximately 9:30 a.m., a call was forwarded to the United States Secret Service by a telephone operator at the White House, because the caller told the operator that the subject of his call was "a threat against the President." The caller identified himself as JAMES SABATINO and proceeded to read a statement listing individuals who were to die at his hands for mistreatment of him and his family. SABATINO listed several judicial officials in the Fort Lauderdale, Florida area as well as "unknown members of the United States Secret Service, and the Federal Bureau of Investigation who will meet a violent death by me."

SABATINO also spoke of the "termination of the President, Bill Clinton." He stated if he could not kill the President he would "kill his brother, Roger Clinton, because he is more accessible." SABATINO stated he is currently out of the country, but would be back on July 20, 1998. He stated if his demands for a presidential pardon aren't met, he will carry out his death threats.

    4. On May 11, 1998, at 9:44 a.m., JAMES SABATINO called the duty desk of the Miami office of the United States Secret Service and read a statement which was recorded. The statement was as follows:

Since immigration in this country, I, JAMES SABATINO among members of my family and friends are being targeted and harassed by the U.S. government for reasons being that they believe to be part of "A Cosa Nostra" by association. I must now inform you that I intend to inflict punishment on each member representative of the U.S. government which are part of these unlawful actions. I make a aware of what I'm gonna do for the sole reason of seeing how well you can prepare yourself. It is now a game if you catch me, I need not worry about the later, because I already have warrants for my arrest in the Southern District of Florida. The following people I'm about to mention are all members or representatives of the U.S. government have been sentenced to die by myself. The U. S. Government has for too long been passing judgment against my people and it is now time for me to make a stand. Paul Schwartz, Assistant U.S. Attorney, Ft. Lauderdale, Florida, Southern District. Judge Jeffrey Kay, Assistant U.S. Attorney, Southern District of Florida, Ft. Lauderdale. Judge Gonzalez, U.S. Southern District Judge. Judge Seltzer, U.S. Magistrate of Ft. Lauderdale. Unknown members of the FBI, Secret Service, and U.S. Marshals Service. The above named people will all meet a violent death at the hands of myself for reasons said above. If I am able to successfully

carry out the termination of the above subjects my agenda will be a bit different upon the completion of the said I then intend to plan and carry out the following the termination of the President of the United States, Mr. Bill Clinton. If this subject is totally unaccessible than I intend to kill his brother Roger Clinton for he sure to be a easier target and will do for what I want to be a message sent to the government. The President is the Chief Executive Office of the United States and therefore is allowing the harassment of myself and other Italian Americans for unjustified reasons. I plan to eliminate the United States Courthouse in Ft. Lauderdale, FL., by means of a bomb. Although this should prove to be difficult, I currently research in different methods of making bombs which I have took from the internet, but if I get as far as this then even failure will be a success. All the above will be carried out by August 1st, 1998, unless demands will be met. I can give you no more indication of the time for it will make it unfair for the victims and myself. I will carry these actions out or die trying. My two demands is a presidential pardon for three warrants that I have for my arrest also a letter personally written by the U.S. President stating that I will no longer be harassed by the F.B.I. and the Secret Service. Any questions...? Are we ready.... Hello....My name is JAMES SABATINO, date of birth 10/24/76, SSN #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.

5. On May 11, 1998 at 10:30 a.m. JAMES SABATINO called the U.S. Marshal's office in Fort Lauderdale, Florida and spoke with a Deputy United States Marshal. SABATINO stated that he was calling the U.S. Marshals to let them know that he was going to kill AUSA Paul Schwartz and AUSA Jeffrey Kay. He said that he was tired of his family being messed with by these prosecutors. He stated he would follow them from the courthouse and kill them both. He stated he would kill the judge who presided over his associate Gerald Chili's case, District Judge

Jose Gonzalez. He stated he wanted to do this to teach the prosecutors a lesson for messing with his friends and family.

6. On May 11, 1998, a telephone call was made by a person identified as JAMES SABATINO to the voice mail on the telephone of AUSA Paul Schwartz in Fort Lauderdale, Florida. The person stated that he was JAMES SABATINO and he was going to carry out what he said.

7. On May 13, 1998, a Special Agent with the Miami office of the Federal Bureau of Investigation was contacted by JAMES SABATINO and asked if the agent had heard about the death threats he had made. The agent stated he had. SABATINO stated to the agent that "he swore to Christ" that he was going to kill the President or his brother. SABATINO stated that the agent would read about him someday.

8. On June 2, 1998, at 2:25 p.m. a telephone call was made by a person identified as JAMES SABATINO to the voice mail of a secretary in the United States Attorney's office in Fort Lauderdale Florida. The message left by Sabatino was that "Jeffrey Kay and Paul Schwartz is dead."

9. On June 4, 1998 at 2:13 p.m. a telephone call was made by a person identified as JAMES SABATINO to the voice mail of AUSA Paul Schwartz at the United States Attorney's office in Fort Lauderdale, Florida. The message left by SABATINO was that "when I find you I am going to cut you in f-ing pieces."

10. On June 5, 1998 at 2:09 p.m. a telephone call was made by a person identified as JAMES SABATINO to the voice mail of AUSA Paul Schwartz at the United States Attorney's office in Fort Lauderdale, Florida. The message left by SABATINO was that he was going to kill Paul Schwartz, Jeffrey Kay and Judge Gonzalez, and that he was going to cut their "f- ing heads

off."

11. Between May 4, 1998 and June 5, 1998, JAMES SABATINO has been incarcerated in Brixton prison in London, England, and has been making the telephone calls set forth above from the prison. He is currently scheduled to be released from prison on July 20, 1998.

FURTHER AFFIANT SAYETH NAUGHT.

*S/A Charles O'Neal*
Federal Bureau of Investigation

Sworn and subscribed to before me this /9 day of June, 1998, at Fort Lauderdale, Florida.

UNITED STATES MAGISTRATE JUDGE