COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JAMES PETER SABATINO (J)      CASE NO: 98-4131-SNOW
AUSA: JEFFREY KAPLAN — pres         ATTY: JASON GREY — pres
AGENT: _____       VIOL: _____
PROCEEDING PTD HEARING              RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no          COUNSEL APPOINTED _____
_____ BOND SET @ _____
_____ SPECIAL CONDITIONS:

FILED by MAGISTRATE SECTION
AUG 25 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) To be cosigned by: _____
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: _____

Gov't proceeded by proffer (PTD request is based on Risk of flight)
FBI S/A Charles O'Real — sworn for cross

PTD Ordered - risk of flight

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____
                         PTD/BOND HRG: _____
                         PRELIM/ARRAIGN: _____
                         REMOVAL HRG: _____
                         STATUS CONF: _____

Date: 8-25-98   Time: 11:00        TAPE #98- 041/2414 Pg#