UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, )
) NO. 98-6147 CR-ZLOCH
vs. ) 18 U.S.C. §871 (a)   MAGISTRATE JUDGE
) 18 U.S.C. §875 (c)        SELTZER
)
)
JAMES PETER SABATINO )
a/k/a JIMMY SABATINO )
_____ )   INDICTMENT

FILED 98 AUG 25 P 4:15

The Grand Jury charges that:

## COUNT I

On or about May 11, 1998, in the Southern District of Florida and elsewhere, the defendant,

**JAMES PETER SABATINO
a/k/a
JIMMY SABATINO,**

did knowingly and willfully make threats against the President of the United States, that is, he threatened to plan and carry out "the termination of the President of the United States, Mr. Bill Clinton," in violation of Title 18, United States Code Section 871.

## COUNT II

From in or about May 1998 through in or about June 1998, in the Southern District of Florida, the defendant,

### JAMES PETER SABATINO

a/k/a

### JIMMY SABATINO,

did willfully and knowingly transmit in foreign commerce from London, England, to the State of Florida, telephone communications to employees of the United States government, which telephone communications contained threats to injure the person of Assistant United States Attorney Paul Schwartz, including the following:

1. On or about May 11, 1998, the defendant called the U.S. Marshal's office in Fort Lauderdale, Florida to let them know that he was going to kill Assistant United States Attorney Paul Schwartz and others;

2. On or about June 4, 1998, the defendant left a message on the voice mail of Assistant United States Attorney Paul Schwartz in Fort Lauderdale, Florida stating that "When I find you I am going to cut you to f---ing pieces."

3. On or about June 5, 1998, the defendant left a message on the voice mail of Assistant United States Attorney Paul Schwartz in Fort Lauderdale, Florida stating that he was going to kill him and others and that he was going to cut their "f---ing heads off."

4. On or about June 16, 1998, the defendant called a Special Agent of the FBI in Miami, Florida and stated that he knows that Paul Schwartz has a gun, but that "he'll never have time to pull it", because "he'll never see me coming." He then asked the Special Agent to promise that he would communicate that message to Assistant United States Attorney Paul Schwartz.

5. On or about June 16, 1998, the defendant called a Special Agent of the FBI in Miami, Florida and, after being assured that Assistant United States Attorney Schwartz would listen to a tape recording of their conversation, said "you old skinny f--- I'm going to cut your head off" and "you Jew f--- I'm going to kill you."

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

## CERTIFICATE OF TRIAL ATTORNEY*

JAMES P. SABATINO
a/k/a JIMMY SABATINO

**Related Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| SUPERSEDING | Yes ___ | No _X_ |
| New Defendant(s) | Yes _X_ | No ___ |
| Number of New Defendants | 1 | |
| Total number of counts | 2 | |

___ Miami    ___ Key West
_X_ FTL     ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:

   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _YES_
   If yes:

   Magistrate Case No. _98-4131-SNOW_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _08-19-98_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

7. This case originated in the U.S. Attorney's office prior to August 16, 1985
   (Yes or No) _NO_

   _____
   JEFFREY N. KAPLAN
   ASSISTANT UNITED STATES ATTORNEY
   COURT ID# A5500030

*Penalty Sheet(s) attached                                    REV.12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant Name: <u>JAMES PETER SABATINO</u>   Case No.: _____

<u>a/ka  JIMMY SABATINO</u>

Count #: I

<u>Threat against the President of the United States</u>

<u>18 U.S.C. 871</u>

*Max. Penalty:   5 Years'; $250,000.00

Count #: II

<u>Threats to injure made in foreign commerce</u>

<u>18 U.S.C. 875(c)</u>

* Max. Penalty: 5 Years'; $250,000.00

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines restitution, special assessments, parole terms, or forfeitures that may be applicable