UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,

CASE NO. 98-6147-CR-ZLOCH

vs.

ORDER OF RECUSAL

JAMES P. SABATINO,

    Defendant.
_____/

    The undersigned Magistrate Judge, to whom the above-styled case has been assigned, hereby recuses himself/herself and refers the case to the Clerk of the Court for reassignment pursuant to 28 U.S.C. 137, and Local Rule 4.

    DONE AND ORDERED at Fort Lauderdale, Florida this 27th day of August 1998.

BARRY S. SELTZER
United States Magistrate Judge

    In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of **United States Magistrate Judge**    ANN E. VITUNAC   .

    Copies of this Order shall be served on all pending parties of record by United States Mail. All documents for filing in this case shall carry the following case number and designation:_____.

    By Order of this Court this August day of 27, 1998.

Carlos Juenke, Clerk
Clerk of Court

By:_____
Deputy Clerk

Copies to: Honorable William J. Zloch
            Honorable Barry S. Seltzer
            Honorable Ann E. Vitunac
            U.S. Attorney

1