## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** – FT. LAUDERDALE, FLORIDA

DEFT: JAMES SABATINO (J)                    CASE NO: 98-6147-CR-ZLOCH

AUSA: JEFFREY KAPLAN                         ATTY: JASON GREY – pus

AGENT: _____                   VIOL: _____

PROCEEDING ARRAIGNMENT                       RECOMMENDED BOND _____

BOND HEARING HELD – yes/no                   COUNSEL APPOINTED _____

_____ BOND SET @ _____

_____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____

2) Rpt to PTS        x's a wk/month by phone;        x's a wk/month in person

3) Travel extended to: _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____

                         PTD/BOND HRG: _____

                         PRELIM/ARRAIGN: _____

                         REMOVAL HRG: _____

                         STATUS CONF:   9-25        //        LSS

Date: 8-28-98   Time: 11:00          TAPE #98- 044/272 Pg# _____