UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 98-6147-CR-ZLOCH |
| ) | Magistrate Judge Vitunac |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES PETER SABATINO, ) | |
| ) | |
| Defendant. ) | **ORDER** |
| _____) | |

This cause is before the court *sua sponte*. Pursuant to the Order of Recusal from Magistrate Judge Barry Seltzer [DE 11], this Court instructs the parties to file a courtesy copy of all pretrial non-dispositive motions directly to chambers to expedite ruling of same. Further, the parties are instructed to identify the magistrate judge's name under the case number pursuant to Local Rule 5.1(2).

**DONE and ORDERED** this September 29, 1998, at West Palm Beach in the Northern Division of the Southern District of Florida.

/s/ Ann E. Vitunac
ANN E. VITUNAC
United States Magistrate Judge

Copies Furnished To:
Jeffrey Kaplan, AUSA
Jason Grey, Esq.