UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
OCT 9 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 98-6147-CR-Zloch  DATE 10-9-98
CLERK Carline Newby            REPORTER Carl Schanzleh
PROBATION                      INTERPRETER

UNITED STATES OF AMERICA v. James Sabatino

U. S. ATTORNEY Jeff Kaplan    DEFT COUNSEL Jason Grey

DEFENDANT:  PRESENT   NOT PRESENT   ON BOND   IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft's ore tenus mtn. for continuance - Reserved Inquiry Re Counsel Oct 16 @ Noon

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC

23/DM