UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6147-CR-ZLOCH

UNITED STATES OF AMERICA,

vs.

JAMES PETER SABATINO,

　　　　Defendants.
_____/

**MOTION FOR CHANGE OF VENUE**

**COMES NOW** the defendant, **JAMES PETER SABATINO**, by and through his undersigned attorney and files this his MOTION FOR CHANGE OF VENUE and as grounds would state as follows:

1. The defendant is charged with threatening the president of the United States and threats to kill and/or injure Assistant United States Attorney Paul Schwartz in violation of 18 U.S.C. §§ 871 and 875 (c). 18 U.S.C. § 3142 (g)(1).

2. Additionally, the defendant is alleged to have made threats against Assistant United States Attorney Jeffrey Kay, United States District Court Judge Jose Gonzalez, United States Magistrate Judge Barry Seltzer. All of whom are assigned to the Southern District of Florida.

3. Judge Seltzer has recused himself from hearing any matter concerning this case. In fact, the case was assigned to Magistrate Judge Vitunac in W. Palm Beach.

4. Because the alleged victims of the crime charged are judges and members of the U.S. Attorney's Office for the Southern District of Florida, the defendant feels that he cannot obtain a fair and impartial trial within the Southern District in that he is fearful of prejudice against him by these two branches of government.

5. The undersigned has contacted Asst. U.S. Attorney JEFFREY KAPLAN and he objects to this motion being granted.

## MEMORANDUM OF LAW

The right to a fair trial before an impartial tribunal is a fundamental ingredient of due process. U.S.C.A. Const. Amends. 6, 14. Due process requires that a defendant be afforded a fair trial.

The victims in this case are members of the judiciary and U.S. Attorney's Office located within the Southern District of Florida. While not alleging any specific acts of prejudice, the defendant contends there exists the appearance of prejudice because of the close working relationship between the victims.

Consequently, the defendant feels that this case should be transferred to another district, such as the middle district, so as to enable him to receive a fair and impartial trial. Fed.RulesCrim.Proc. rule 21(a), 18 U.S.C.A.

**WHEREFORE,** the defendant, JAMES PETER SABATINO, respectfully requests this court grant this motion for change of venue and transfer the case to another district.

ALLEN S. KAUFMAN, P.A.
2900 N. Dixie Highway
Suite 201
Oakland Park, FL  33334
(954) 563-6624

BY: _____
ALLEN S. KAUFMAN
FBN 301639

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been sent this 27th day of November, 1998, to AUSA, JEFFREY KAPLAN, 500 E. Broward Blvd., 7TH Floor, Ft. Lauderdale, FL, 33394-3002.

BY: _____
ALLEN S. KAUFMAN