UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6147-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES PETER SABATINO,

    Defendant.
_____/

**O R D E R**

FILED by _____ D.C.
DEC 07 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Defendant, James Peter Sabatino's, Motion For Change Of Venue, bearing file stamp of the Clerk of this Court dated December 4, 1998. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant, James Peter Sabatino's, Motion For Change Of Venue be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _7th_ day of December, 1998.

                              WILLIAM J. ZLOCH
                              United States District Judge

Copies furnished:

Allen S. Kaufman, Esq.
For Defendant Sabatino

Jeffrey Kaplan, Esq., AUSA