UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6147-CR-ZLOCH

UNITED STATES OF AMERICA,

vs.

JAMES PETER SABATINO,

Defendants.
_____/

### MOTION TO RE-CONSIDER MOTION FOR CHANGE OF VENUE OR IN THE ALTERNATIVE, RECUSAL OF JUDGE

**COMES NOW,** the defendant, **JAMES PETER SABATINO**, by and through his undersigned attorney and files this MOTION TO RE-CONSIDER MOTION FOR CHANGE OF VENUE OR IN THE ALTERNATIVE, RECUSAL OF JUDGE and as grounds would state as follows:

1. On December 7, 1998, this honorable court denied defendant's motion for a change of venue.

2. The defendant reiterates and incorporates the arguments made in its previous motion.

3. The previous motion inadvertently failed to include the fact that the defendant is alleged to have made threats to blow up the federal courthouse located in Ft. Lauderdale. By making the alleged threat, this court in effect, became a victim of that threat. In fact, Magistrate Judge Snow recused herself from hearing this matter for this reason.

4. As a victim, this court might give the appearance of impartiality in rulings.

## MEMORANDUM OF LAW

The defendant reiterates and incorporates all arguments made in his Memorandum of Law contained in his previous motion.

28 U.S.C. § 455 states in part that " [a]ny justice, judge or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might be reasonably questioned." See also, **UNITED STATES v. YOUNG,** 39 F.3D. 1561 (11th Cir. 1994) and **UNITED STATES v. WHITE,** 846 F.2d 678 (11th Cir. 1988).

**WHEREFORE,** the defendant, JAMES PETER SABATINO, respectfully requests this court grant this motion for change of venue and transfer the case to another district. or in the alternative, for recusal.

ALLEN S. KAUFMAN, P.A.
2900 N. Dixie Highway
Suite 201
Oakland Park, FL 33334
(954) 563-6624

BY: _____
ALLEN S. KAUFMAN
FBN 301639

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been sent this 16th day of December, 1998, to AUSA , JEFFREY KAPLAN, 500 E. Broward Blvd., 7TH Floor, Ft. Lauderdale, FL, 33394-3002.

BY: _____
ALLEN S. KAUFMAN