UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6147-CR-ZLOCH

FILED by _____ D.C.

DEC 29 1998

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                          **ORDER OF RECUSAL**

JAMES PETER SABATINO,

    Defendant.
_____/

THIS MATTER is before the Court upon the Motion To Re-Consider Motion For Change Of Venue Or In The Alternative, Recusal Of Judge, filed herein by the Defendant, James Peter Sabatino and bearing file stamp of the Clerk of this Court dated December 17, 1998. This Court has carefully reviewed said Motion and is otherwise fully advised in the premises.

Regarding the Defendant's Motion For Recusal Of Judge, the Defendant asserts that since the Defendant is alleged to have made threats to blow up the Federal Courthouse at Fort Lauderdale, Florida, that the undersigned, who is a sitting Judge at said Courthouse, is an alleged victim of that threat. The Defendant goes on to assert that the undersigned, therefore, could not be



impartial. Therefore, to avoid even the appearance of impropriety, the Court shall **GRANT** the Defendant's Motion For Recusal Of Judge.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion To Reconsider Motion For Change Of Venue be and the same is hereby **DENIED**;

2. The Motion For Recusal Of Judge be and the same is hereby **GRANTED**. The undersigned hereby recuses himself and refers this cause to the Clerk of the Court for reassignment pursuant to 28 U.S.C. § 455 and Local Rule 3.6.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _29th_ day of December, 1998.

```
                                    WILLIAM J. ZLOCH
                                    United States District Judge
```

In accordance with the Local Rules for the Southern District of Florida providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States District Judge __WILKIE D. FERGUSON__.

Copies of this Order shall be served on all parties of record by United States Mail. All documents for filing in this case shall

carry the following case number and designation:

    98-6147-CR-FERGUSON    .

BY ORDER of the Court, this   29th  day of December, 1998.

CARLOS JUENKE

Clerk of Court

By_____

Deputy Clerk

Copies furnished:

Allen S. Kaufman, Esq.
For Defendant Sabatino

Jeffrey Kaplan, Esq., AUSA