UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 98-6147-CR-FERGUSON

Vs.

JAMES PETER SABATINO,
_____/

ORDER OF RECUSAL

The undersigned district judge, to whom the above-styled case has been assigned, hereby recuses himself and refers this case to the Clerk of Court for reassignment pursuant to 28 U.S.C. 455 and Local Rule 3.6.

DONE AND ORDERED at Fort Lauderdale, Florida this 6th day of January 1999.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

\* \* \* \* \* \*

In accordance with the Local Rules for the Southern District of Florida providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of United States District Judge  DANIEL T. K. HURLEY                     .

Copies of this order shall be served on all pending parties of record by United States mail. All documents for filing in this case shall carry the following case number and designation:

       98-6147-CR-HURLEY                                     .

By order of the Court this 7th day of   January , 1999       .

CARLOS JUENKE
Clerk of Court

Deputy Clerk

cc:
Allen S. Kaufman, Esq
Jeffrey Kaplan, AUSA