UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-6147-CR-HURLEY

UNITED STATES OF AMERICA,

vs.

JAMES PETER SABATINO,

Defendants.
_____/

## NOTICE OF INSANITY DEFENSE

**COMES NOW,** the defendant, **JAMES PETER SABATINO**, by and through his undersigned attorney and files this NOTICE OF INSANITY DEFENSE pursuant to RULE 12.2 (a) of the Federal Rules of Criminal Procedure and further notifies counsel for the government that the defendant intends to rely upon the defense of insanity at the time of the alleged offense.

ALLEN S. KAUFMAN, P.A.
2900 N. Dixie Highway
Suite 201
Oakland Park, FL  33334
(954) 563-6624

BY: _____
ALLEN S. KAUFMAN
FBN 301639

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been sent this 25th day

of January, 1999,  to AUSA , JEFFREY KAPLAN, 500 E. Broward Blvd., 7TH Floor, Ft.

Lauderdale, FL, 33394-3002.

BY: _____
ALLEN S. KAUFMAN