MINUTES OF THE COURT
MISCELLANEOUS HEARINGS

JUDGE: Edward B. Davis       CASE NO. 98-6147-CR-Hurley

DEPUTY CLERK: M. Beck

REPORTER: L. Herr            TYPE OF HEARING: Motion to Change Venue

DATE: May 3, 1999

========================================================

Style of Case:

United States of America,
            Plaintiff(s),

vs.

James Peter Sabatino,

            Defendant(s).

APPEARANCES: Jeffrey N. Kaplan, AUSA
             Allen S. Kaufman, Esq. for Deft (not present)

MINUTES: case called; arguments of counsel heard

Court: motion taken under advisement - court to consult w/ CJ of 11th Cir & then issue ruling.

FILED by MB
S.D. OF FLA. - MIAMI