

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 98-6147-CR-HURLEY |
| | Magistrate Judge Vitunac |
| Plaintiff, | |
| vs. | **ORDER ON DESIGNATION OF A** |
| | **UNITED STATES JUDGE FOR** |
| JAMES PETER SABATINO, | **SERVICE WITHIN THE CIRCUIT** |
| Defendant. | |
| _____/ | |

THIS MATTER is before the Chief Judge of the Southern District of Florida upon the designation of United States District Judge STEPHAN P. MICKLE by the Chief Judge of the Eleventh Circuit Court of Appeals to perform the duties of district judge in the Southern District of Florida in the above-entitled cause. It is, therefore

**ORDERED AND ADJUDGED** that all pleadings hereinafter filed in this matter shall bear the following case number, **Case No. 98-6147-CR-MICKLE**, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention, it being further

**ORDERED AND ADJUDGED** that United States Magistrate Judge ROBERT L. DUBE is hereby **DESIGNATED** to handle all pre-trial motions and other matters as may be referred for her consideration by Judge Mickle, it being further

**ORDERED AND ADJUDGED** that the trial in the above-entitled cause is hereby **SPECIALLY SET** before the Honorable STEPHAN P. MICKLE for Monday, September 13, 1999, at 9:00 a.m., at the United States Courthouse, 301 North Miami Avenue, Miami, Florida, Courtroom Four. It shall be the responsibility of all attorneys to notify all other courts, both state and federal



of any potential conflicts with this trial date, it being further

**ORDERED AND ADJUDGED** that all time between April 8, 1999 and September 13, 1999, shall be deemed excludable in computing the time within which the trial of this cause must commence. Pursuant to Title 18, U.S.C. § 3161(h)(8)(A), this Court finds that the ends of justice served by the continuance of this trial outweigh the best interests of the public and the defendant in a speedy trial.

**DONE AND ORDERED**, in Miami, Florida, this 4th day of August, 1999.

> EDWARD B. DAVIS, CHIEF
> UNITED STATES DISTRICT JUDGE

cc: Hon. Stephan P. Mickle
Hon. Daniel T. K. Hurley
Hon. Ann E. Vitunac
Hon. Robert L. Dube
Jeffrey Kaplan, AUSA
Allen S. Kaufman, Esq.
Clerk of Court