UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 98-6147-CR-MICKLE(Davis)
99-0114-CR-MICKLE

UNITED STATES OF AMERICA,

vs.

JAMES PETER SABATINO,

Defendant.
_____/

## JAMES PETER SABATINO'S REPLY TO GOVERNMENT'S RESPONSE TO SENTENCING JUDGE'S REFUSAL TO RECUSE HIMSELF FOR SENTENCING

**COMES NOW** the defendant, **JAMES PETER SABATINO**, by and through his undersigned attorney and files this his Reply to Government's Response to Sentencing Judge's Refusal to Recuse Himself For Sentencing and would state as follows:

The defendant's issue is a simple one. After numerous judges in the Southern District granted the defendant's motion and recused themselves, the honorable Edward Davis considered the matter and requested that an order be issued from the chief judge of the 11th Circuit Court of Appeals designating a judge from outside the Southern District to preside over these cases.

An order was duly issued by the Chief Judge of the 11th Circuit designating the honorable Steven Mickle from the Middle District, to preside over these cases.

An order was issued by the Chief Judge of the Southern District authorizing judge Mickle to preside over these cases and changing the case number to reflect this authorization.

The reason and purpose behind these orders are clear, judge Mickle and only judge Mickle can preside over these cases. To permit any judge from the Southern District to preside over any portion of these cases would be in direct contradiction to the purpose and intent of the order.

Unless the order from the Chief Judge of the 11th Circuit is modified or stricken, the terms of the order require that judge Mickle and only judge Mickle to preside over these cases including sentencing.

**WHEREFORE,** the defendant, JAMES PETER SABATINO, respectfully requests this court grant his motion.

```
                                ALLEN S. KAUFMAN, P.A.
                                2900 N. Dixie Highway
                                Suite 201
                                Oakland Park, FL  33334
                                (954) 563-6624

                            BY: _____
                                ALLEN S. KAUFMAN
                                FBN 301639
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been sent this 6th day of December, 1999, to AUSA , JEFFREY KAPLAN, 500 E. Broward Blvd., 7TH Floor, Ft. Lauderdale, FL, 33394-3002; RICARDO DEL TORO, 99 NE 4th Street, Miami, FL, 33101.

BY: _____
ALLEN S. KAUFMAN