UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _MS_
JAN 2 5 2000
CARLOS JUEGRE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

SENTENCING MINUTES

CASE NO. _98-6147-CR-Mickle-1_ DATE _01/25/00_ JUDGE EDWARD B. DAVIS

DEFT: _James Peter Sabatino_ RPTR _L. Herr_ CLERK _M. Beck_

DEF. COUNSEL _Allen S. Kaufman_ (apptd/~~retnd~~) AUSA _Jeffrey Kaplan_

( ) DEFT. FAILED TO APPEAR-BENCH WARRANT ISSUED. BOND FORFEITED.

( ) SENTENCING CONT'D TO _____ AT _____ AT REQUEST OF_____

(X) JUDGMENT/SENTENCE

AS TO COUNT _2_ IMPRISONMENT FOR _51_ MONTHS.

AS TO COUNT ___ IMPRISONMENT FOR _____ MONTHS.

AS TO COUNT ___ IMPRISONMENT FOR _____ MONTHS.

AS TO COUNT ___ IMPRISONMENT FOR _____ MONTHS.

AS TO COUNT ___ IMPRISONMENT FOR _____ MONTHS.

Rec: So Fla Inst.

(X) _concurrent to 99-114-CR-Mickle_
_SCSR- part. in mental health/drug Treatment + in/out placement +_
_costs as dir by USPO + full-time employment + access_
_to personal/business finances_

Assessed: $100.00    Fine: No Fine Imposed

(X) DEFT. SHALL RECEIVE CREDIT FOR TIME SERVED IN FEDERAL CUSTODY.

(X) SUPERVISED RELEASE/~~SPECIAL PAROLE TERM~~ _3 yrs., concurrent_.

( ) THE DEFT IS REMANDED TO CUSTODY OF BOP FOR _____, THE
    MAXIMUM PROVIDED BY LAW, UNDER 18:4205(c) FOR STUDY AND REPORT
    AS DESCRIBED BY 18:4205(d).

( ) VOLUNTARY SURRENDER AT INSTITUTION ON OR BEFORE_____

(X) DEFT. REMANDED TO CUSTODY OF U.S. MARSHAL TO COMMENCE SENTENCE

( ) DEFT. RELEASED ON PRESENT BOND PENDING SURRENDER/APPEAL.

( ) BOND ON APPEAL SET AT _____

74/rt