# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## Case No. 98-6147-CR

# The attached hand-written document
# has been scanned and is also available in the
# SUPPLEMENTAL PAPER FILE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA

V.

JAMES PETER SABATINO            CASE # 98-6147-CR

FILED by _____ D.C.
OCT 22 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## MOTION TO APPOINT CJA COUNSEL

COMES NOW the defendant James Peter Sabatino, pro-se and respectfully prays this Honorable court grant this motion and appoint counsel pursuant to the Criminal Justice Act for the pending charges of supervised release violation.

The defendant has 3 separate pending cases for supervised release violation. 2 are from the Southern District of Florida, the other is from the Southern District of New York that was transferred here.

Previously CJA counsel was appointed. However the counsel Allen S. Kaufman has advised me he must be reappointed. (or other CJA counsel) Mr. Kaufman also advised that he may be conflicted from representing me on the violation cases.

The defendant respectfully prays that this Honorable court immediately set a hearing to appoint counsel and determine

-1-

IF A CONFLICT WITH MR. KAUFMAN EXISTS.

The defendant was arrested by a joint task force including the U.S. Marshalls, however he is being held at the Metro West Detention Center (Dade County). The defendant has been advised that the Marshalls can transfer him to and from Dade County for Federal Court.

The defendant respectfully requests the appointment of counsel while facts are still fresh and evidence is available, also to consult with the State Attorneys.

WHEREFOR the defendant respectfully prays this Honorable Court set a hearing into this matter as soon as possible.

10/18/13
Date

Respectfully Submitted,

James Sabatino #130061086
Metro West Detention Center
13850 N.W. 41st St.
Miami, FL. 33178

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was sent to Allen S. Kaufman and the U.S. Attorneys Office via U.S. Postal Service on 10/18/13

James Sabatino

-2-