UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 98-cr-6147-RNS

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JAMES PETER SABATINO

CASE NO: 98-CR-6147-RNS

FILED by ___ D.C.
MAR 17 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

MOTION TO RECUSE THE SOUTHERN DISTRICT OF FLORIDA'S U.S. ATTORNEY & SPECIFICALLY ASSISTANT U.S. ATTORNEY JEFFREY N. KAPLAN

COMES NOW, the defendant, James Sabatino, pro se and files this motion to recuse the entire U.S. Attorneys office for the Southern District of Florida and specifically the Assistant U.S. Attorney (AUSA) assigned to this case Jeffrey N. Kaplan and as grounds will state the following:

The victim in this case is Assistant U.S. Attorney Stephen Schwartz based out of the Ft. Lauderdale division of the U.S. Attorneys office for the Southern District of Florida. A.U.S.A. Schwartz has worked over 20 years in this capacity and has many friends and associates in the Southern District U.S. Attorneys office. This includes the current U.S. Attorney Wifredo A. Ferrer.

-1-

The prosecutor in this case is Jeffrey N. Kaplan, who is not only located in the same office as A.U.S.A. Schwartz, but it has just come to the defendant's attention that they have worked together in at least one Florida case (U.S.A. v. Scott Rothstein).

At best it is troublesome for the prosecuting A.U.S.A. to have a personal and professional relationship with the victim. It can cloud his judgment and give him reason to be vindictive and malicious.

For instance, at the time of the defendant's arrest he was told by one of the U.S. Marshals that he spoke with the A.U.S.A. (Kaplan) before the raid and that "he must really hate you". When the defendant asked why would he say that, the marshal replied "Because he told us that when we found you, you would probably be armed and if you were armed you would probably use it." The marshal went on to explain that this is why they came in to arrest me "Hot", that is that they were very aggressive. Several witnesses heard this statement and can testify to this court.

A.U.S.A. Kaplan made this statement even though the defendant has never been convicted - or even charged with any serious

-2-

that the defendant was "probably armed" was completely without merit as the defendant has never been charged with carrying a weapon of any kind, let alone a firearm.

The defendant submits that A.U.S.A.'s KAPLAN'S statement to this U.S. Marshal is just one example of his personal bias against him. There is also evidence that A.U.S.A. Kaplan is treating the defendant differently than others, as he is not allowing the defendant to resolve his violations charges, when the defendant has proof that other defendants in the same situation has been allowed. Never has the defendant heard of an A.U.S.A. not allowing a defendant to plead guilty to a charge. Again he submits that this is another example that A.U.S.A. Kaplan wishes to see the the defendant suffer punitive punishments above and beyond authorized by statute.

These specific examples aside, surely there is at the very least a conflict of interest in a A.U.S.A. prosecuting a case in which the victim is not only an A.U.S.A in the same office but one whom he has worked on the same cases with as co-counsel.

The defendant simply wishes to have a prosecuting attorney with no biases

-3-

as any other similar defendant.

WHEREFORE, the defendant respectfully prays this Honorable Court grant this motion and recuse the U.S. Attorney.

3/13/14

Respectfully submitted,

James D. Sabatino
Jail # 130061086
TGK Correctional Center
7000 N.W. 41st St.
Miami, FL 33166

I HEREBY CERTIFY that a true and correct copy of this motion was sent to the U.S. Attorney's Office on 3/13/14, via US mail.

By _____

-4-