UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 98-cr-6147-RNS

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

UNITED STATES OF AMERICA,

v.

JAMES PETER SABATINO

DISTRICT COURT CASE NO: 98-CR-6147-RNS

FILED by JG D.C.
MAR 17 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

## MOTION TO SUPPLEMENT MOTION FOR COURT TO RECUSE ITSELF

COMES NOW, the Defendant PRO-SE and files this motion to supplement his previous motion to recuse itself and as grounds states the following:

The Defendant has just had an opportunity to review the docket in this case and it seems that 9/19/13 the government filed 2 sealed documents (DE#'s: 77 & 78) and the clerk in DE#76 entered a "Notice of Reassignment of Closed Case" stating that the assigned judge (Shelbus P. Mickle) is "no longer with the court" that assigned this Honorable Court (Judge Robert N. Scola, Jr.) DE#76

The Defendant believes the clerk failed to recognize that Judge Mickle was never with this court and was only assigned to this case pursuant to the 11 Circuit Court of

(1)

Appeals and an order from the Chief Judge Edward B. Davis dated 8/4/1999, DE # 58.

As the court will note the order in DE # 58 has never been rescinded or counter ordered. For the reasons stated in the defendants previous motion, the clerk errored in assigning this Honorable court to this case as the entire southern district bench has been effectively recused.

The defendant respectfully prays this Honorable court examine the order in DE # 58 and the lack of future orders rescinding it. Based upon that the defendant prays this court will recuse itself and refer this case for reassignment to the Chief Judge and 11th Circuit Court of appeals.

Wherefore the defendant prays this Honorable court will grant this motion.

Respectfully submitted,

3/13/14
Date

James Sabatino
Jail # 1500061086
M.W.D.C., 13850 NW 41st St
Miami, FL 33178

CC: U.S. Attorneys Office

I hereby certify a copy of this motion was sent to the U.S. Attorneys office on 3/13/14 by U.S. Mail.

(3)