UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 98-6147-CR-RNS

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

UNITED STATES DISTRICT COURT

FILED by PG D.C.
APR 09 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

UNITED STATES OF AMERICA

V.

JAMES PETER SABATINO

CASE NO: 98-CR-6147-RNS

## RENEWED MOTION FOR RECUSAL

COMES NOW the defendant JAMES PETER SABATINO, PRO-SE and files this Renewed Motion for Recusal of this Court and as grounds will state the following:

On 3/31/14 this Honorable Court issued an order denying the defendant's Motion for Recusal (DE #103) and stated the reasons why were that this Court was not even appointed to Federal Bench until 2011 and has "no personal relationship with the Aforementioned Judges".

With all due respect the defendant believes this Court may have misunderstood the argument submitted. Please forgive the defendant as he is being denied a lawyer and was forced to act PRO-SE.

In point, the defendant is NOT arguing that the Court should recuse itself, we are submitting that this Court is ALREADY RECUSED pursuant to an order from the 11th Circuit Court of

①

APPEALS AND THEN CHIEF U.S. DISTRICT JUDGE EDWARD B. DAVIS (SEE DOCKET ENTRIES: 57 AND 58).

IN D.E. #5 CHIEF JUDGE DAVIS ISSUED AN ORDER DATED 8/4/99 THAT RECUSED THE ENTIRE ~~DISTRICT~~ SOUTHERN DISTRICT OF FLORIDA BENCH. THIS WAS DONE AFTER CONSULTATION WITH THE 11TH CIRCUIT COURT OF APPEALS. AN ORDER AUTHORIZING A SPECIAL APPOINTMENT WAS ALSO ISSUED BY THE CHIEF JUDGE OF THE 11TH CIRCUIT.

THE DEFENDANT'S ARGUMENT IS SIMPLY THAT IN LIGHT OF THE ORDERS FROM CHIEF JUDGE DAVIS AND THE 11TH CIRCUIT COURT OF APPEALS, THIS COURT – THE ENTIRE DISTRICT COURT SOUTH BENCH – HAS ALREADY BEEN RECUSED. WITHOUT A COUNTER ORDER THE CLERK OF COURT ERRED IN APPOINTING THIS COURT ON 8/19/13 (DE # 76).

LIKE THIS COURT THE DEFENDANT ASSUMES THE CLERK OF COURT WAS NOT FAMILIAR WITH THE FACTS OF THIS CASE OR THE HISTORY OF THIS COURT 15 YEARS EARLIER. THIS ASSUMPTION IS MADE DUE TO THE CLERK'S NOTES IN DE # THAT THIS COURT WAS BEING ADDED BECAUSE "THE ASSIGNED JUDGE [STEPHEN P. MICKLE] IS NO LONGER WITH THIS COURT". IT SEEMS THE CLERK

-2-

was not aware that Judge Hicks was NOTED in the Southern District and presided over the case pursuant to the previous orders.

WHEREFORE, the defendant respectfully requests this Honorable Court to reconsider the motion with the understanding that the defendant maintains that this Court pursuant to previous order is already recused.

4/4/14

Respectfully submitted,

James P. Sabatino
Reg. # 13006-086
FCI Coleman Jail Center
7000 N.W. 41st St.
Miami, FL 33166

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of this this motion was sent to the U.S. Attorney's office on 4/4/14 via U.S. Mail