# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 98-CR-6147-RNS.

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.
JAMES PETER SABATINO,    CASE NO: 98-6147-RNS

FILED by ___ D.C.
APR 24 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

## MOTION TO GRANT PENDING MOTION TO RECUSE U.S. ATTORNEY

COMES NOW, the Defendant, James Peter Sabatino, pro se and files this motion to grant the already pending motion (DE #98) for recusal of the U.S. attorney and as grounds will state the following:

On 3/19/14 this Honorable Court ordered the Government to respond to the Defendants motion for recusal by 4/11/14. (DE #100)

It is now, at the time of this writing (4/18/14) 7 days past the deadline and the defendant has <u>not</u> been served with any response. The defendant is already receiving mail from the Ft. Lauderdale area postmarked 4/16/14. So if the government responded the defendant should have received it by now.

The defendant can only assume the government has not responded. The defendant

at a loss to see any way the government can give why they should not be recused. It is undisputed that 2 of the victims are long time A.U.S.A.'s in the Southern District specifically the Ft. Lauderdale division. Furthermore the Defendant was also charged in the criminal complaint to wanting to "blow up" the Federal Building in Ft. Lauderdale where the U.S. Attorneys office is located.

Most importantly it is undisputed that the A.U.S.A. assigned to this case is co-counsel with the victim in the case (Paul Schwartz) in the <u>Rothstein</u> case. It is clearly wrong for a prosecuting A.U.S.A. to have such a close working relationship with the victim in this case.

WHEREFORE because of this and based on the previous motions the Defendant prays this Honorable Court recuse the U.S. Attorney or at the very least hold a hearing into this important matter.

4/18/14
Date

Respectfully Submitted,

James P. Sabatino
TGK Correc. Center
Jail # 130061086
7000 NW 41 St St
Miami, Fl. 33166

cc: A copy of this motion was sent to the U.S. Attorneys office on 4/18/14, via U.S. Mail.

②