United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff | ) ) ) |
| v. | ) Criminal Case No. 98-6147-CR-Scola ) |
| James Peter Sabatino, Defendant | ) ) ) |

### Omnibus Order on Defendant's Motions

This matter is before the Court pursuant to the following *pro se* motions: (1) Defendant's Motion to Grant Pending Motion to Recuse U.S. Attorney; (2) Defendant's Motion to Reconsider the Court's Denial to Recuse U.S. Attorney; and (3) Motion to Proceed on Appeal Without Fees and for Court Transcripts re Motion Hearing (ECF No. 57) held on 05/03/1999 before Judge Edward B. Davis, each filed April 24, 2014, it is hereby

**Ordered and Adjudged** as follows:

1) Defendant's Motion to Grant Pending Motion to Recuse U.S. Attorney (**ECF No. 111**) is hereby **denied**, see prior Order Denying Motion to Recuse Attorney (ECF No. 108).

2) Defendant's Motion to Reconsider the Court's Denial to Recuse U.S. Attorney (**ECF No. 112**) is hereby **denied**.

3) Defendant's Motion to Proceed on Appeal Without Fees and for Court Transcripts re Motion Hearing (ECF No. 57) held on 05/03/1999 before Judge Edward B. Davis (**ECF No. 114**) is hereby **granted** as to both requests.

**Done and Ordered** at Miami, Florida on May 1, 2014.

_____
UNITED STATES DISTRICT JUDGE
ROBERT N. SCOLA, JR.

U.S.A. vs. Sabatino, Case No. 98-6147-CR-Scola

cc:   AUSA Jeffrey Kaplan

     James Peter Sabatino
     Inmate No. 130061086
     Metro West Detention Center
     13850 NW 41 Street
     Miami, FL 33178