UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Numbers:   98-06147-CR-Scola
99-00114-CR-Scola
13-60040-TP-Scola

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMES SABATINO,

    Defendant.
_____/

## MOTION TO DETERMINE MENTAL COMPETENCY OF THE DEFENDANT

The Defendant, James Sabatino, by and through his undersigned counsel, James S. Benjamin, Esquire, Benjamin, Aaronson, Edinger & Patanzo, P.A., and pursuant to 18 U.S.C. §4241, and 18 U.S.C. §4247, moves this Honorable Court to order the examination of the Defendant and to hold a hearing to determine the Defendant's competency pursuant to the previously enumerated Statute sections and for grounds therefore states as follows:

1. Undersigned counsel is moving to have this Honorable Court order the examination of the Defendant pursuant to the procedures set out in 18 U.S.C. §4247(b) as mandated under 18 U.S.C. §4241 and then to conduct a hearing pursuant

to 18 U.S.C. §4241 to determine the competency of the Defendant to prepare for and stand for a hearing on the allegations that the Defendant has violated his terms of supervised release on the three enumerated cases in which this Motion is filed.

2. Undersigned counsel believes there is reason to believe that the Defendant is presently suffering from a mental disease or defect which renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and therefore this procedure should be followed.

3. Undersigned counsel has recently been appointed to represent the Defendant in the above-enumerated cases and has met with the Defendant for an extended initial consultation after meeting him in Court at the time of his initial appearance. Based on the interaction between undersigned counsel and the Defendant, undersigned counsel is filing said motion for examination and hearing.

WHEREFORE, the Defendant would respectfully request this Honorable Court to order an examination pursuant to Statute and a hearing also authorized before any further proceedings are held in these matters.

I HEREBY CERTIFY that the foregoing was filed through the CM/ECF system and a copy provided, through that system to Assistant United States Attorney Jeffrey Kaplan, this 12th day of November, 2014.

Respectfully submitted,

*s:/ James S. Benjamin*
JAMES S. BENJAMIN, ESQ.
Benjamin, Aaronson, Edinger & Patanzo, P.A.
sexlaw@bellsouth.net
One Financial Plaza; Suite 1615
Fort Lauderdale, Florida 33394
(954) 779-1700
(954) 779-1771 (fax)
Fla. Bar No 293245
Attorney for Defendant, James Sabatino