United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | Criminal Case Nos. |
| | ) | 98–06147–Scola |
| v. | ) | 99–00114–Scola |
| | ) | 13–60040–Scola |
| James Sabatino, Defendant | ) | |

**Order Requiring Mental Evaluation Of Defendant**

     The Defendant, through his attorney, asked the Court to order an examination of the Defendant and to hold a hearing to determine his competency. The Defendant explains that there is reason to believe that he is presently suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

     After considering the Motion, the record, and the relevant legal authorities, the Court **grants** the Motion (ECF No. 31). The Court finds that "there is reasonable cause to believe that [Sabatino] may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a). A hearing to determine Sabatino's mental will be held on **February 17, 2015 at 9:30 a.m**.

     The Court **further orders** that, consistent with 18 U.S.C. §§ 4241(b) and 4247, a psychiatric or psychological examination of Sabatino be conducted through the Bureau of Prisons. The examining doctor must file a report with the Court prior to the competency hearing. The examination report must conform to the requirements of 18 U.S.C. § 4247.

     The cost for this evaluation will be borne by the Department of Justice. *See* Guide to Judicial Policy & Procedure, vol. VII, chap. III, Part B, § 3.11(B) & Summary Chart (Administrative Office of the United States Courts).

     **Done and ordered**, in chambers at Miami, Florida, on November 20, 2014.

                                                            Robert N. Scola, Jr.
                                                            United States District Judge

*Copies to*:
Counsel of record, via CM/ECF
Warden, FDC-Miami