UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 98-06147-CR-SCOLA
99-00114-CR-SCOLA
13-60040-TP-SCOLA

UNITED STATES OF AMERICA

v.

JAMES PETER SABATINO,

    Defendant.
_____/

GOVERNMENT'S UNOPPOSED MOTION
TO CONTINUE COMPETENCY HEARING

The United States of America, by and through its undersigned Assistant United States Attorney, requests that the competency hearing in the above-captioned cases be continued for approximately thirty days for the following reasons.

1. The competency hearing in the above-captioned cases is set for Friday, March 20, 2015 at 9:30 a.m.

2. Dr. Rodolfo A. Buigas provided a forensic report stating that in his opinion the defendant does not suffer from a severe mental disorder or defect that would preclude his ability to understand the nature and consequences of the proceedings against him or to assist his attorney in his own defense.

3. On March 17, 2015, undersigned government counsel spoke to Dr. Buigas, who stated that his brother is in very serious condition in the intensive care unit of a local hospital. Dr. Buigas stated it would be very difficult for him to attend the competency hearing on March 20, 2015, primarily because every day he is at the hospital monitoring his brother's condition,

which is very precarious. Moreover, it would be difficult for Dr. Buigas to meet this week with undersigned government counsel in preparation for his court appearance.

4. Undersigned government counsel conferred with James S. Benjamin, counsel for the defendant, who advised that he has no objection to the government's motion to continue the competency hearing. Mr. Benjamin advised that he plans to contest Dr. Buigas' conclusion that the defendant is competent, and may seek a mental examination by another doctor.

5. In the event that the Court decides to grant this motion, the government requests that the competency hearing be continued for approximately thirty days and set on any day other than Friday for the convenience of Dr. Buigas, who is on duty at the Federal Detention Center on Monday through Thursday of each week.

Respectfully Submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:    s/William T. Shockley         .
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Court No. A5500088
Telephone No. (954) 660-5787
Telefax No. (954) 356-7230
E-Mail: William.T.Shockley@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2015, I electronically filed this document with the Clerk of the Court using CM/ECF.

   s/William T. Shockley         .
ASSISTANT UNITED STATES ATTORNEY